## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Patty Shwartz |
| v. | : | Magistrate Case No. 10-3038 |
| FRANCESCO "FRANK" GUARRACI | : | |
| | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Jonathan W. Romankow, Assistant U.S. Attorney, appearing), and defendant FRANCESCO "FRANK" GUARRACI (John P. McDonald, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right under 18 U.S.C. § 3161(b) to have the matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to Title 18 U.S.C. § 3161; and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. A trial date of October 12, 2010 has been set in this matter, however, plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the

defendants in a speedy trial.

WHEREFORE, on this ____ day of September, 2010,

IT IS ORDERED that defense motions shall be filed by October 4, 2010, the government's reply shall by filed by October 25, 2010 the argument of the motions is scheduled for November 3, 2010, and the trial is scheduled for November 9, 2010; and

IT IS FURTHER ORDERED that the period from August 30, 2010, through November 9, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. WILLIAM H. WALLS
United States District Judge

Form and entry
consented to:

JONATHAN ROMANKOW
Assistant U.S. Attorney

JOHN P. MCDONALD, Esq.
Counsel for Defendant Francesco Guarraci