======================================================================
## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
======================================================================

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable William H. Walls |
| v. | : | Criminal No. 10-517 (WHW) |
| FRANCESCO "FRANK" GUARRACI, and MICHAEL NOBILE | : | |
| | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Jonathan W. Romankow, Assistant U.S. Attorney, appearing), and defendants MICHAEL NOBILE (Scott E. Leemon, Esq., appearing) and FRANCESCO "FRANK" GUARRACI (John P. McDonald, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendants being aware that they have the right under 18 U.S.C. § 3161(b) to have the matter brought to trial within seventy (70) days of the date of their appearance before a judicial officer of this court pursuant to Title 18 U.S.C. § 3161; and the defendants through their attorneys having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1.    Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

    2.    Defendants have consented to the aforementioned continuance;

    3.    Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this ___ day of ~~October~~ November, 2010,

IT IS ORDERED that defense motions shall be filed by January 3, 2011, the government's reply shall by filed by February 28, 2011, the argument of the motions is scheduled for March 14, 2011, and the trial is scheduled for March 22, 2011; and

IT IS FURTHER ORDERED that the period from October 3, 2010, through March 22, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. WILLIAM H. WALLS
United States District Judge

Form and entry consented to:

JONATHAN ROMANKOW
Assistant U.S. Attorney

JOHN P. MCDONALD, Esq.
Counsel to Francesco Guarraci

SCOTT E. LEEMON, Esq.
Counsel for Defendant Michael Nobile